FILED
JAMES BONINI
CLERK

03 DEC 23 AM 11:57

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 02-3172

Filed: December 22, 2003

MARY CLEVELAND

    Plaintiff - Appellant

v.

FEDERAL EXPRESS CORPORATION

    Defendant - Appellee

C-1-00-375
SAS

## MANDATE

Pursuant to the court's disposition that was filed 11/28/03 the mandate for this case hereby issues today.

A True Copy.

COSTS:  NO COSTS TAXED

Filing Fee ...........$
Printing ............$

    Total .........$

Attest:

_Robin Duncan_
Deputy Clerk