AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

MARY CLEVELAND

Case Number:   1:00-cv-00375

V.

FEDERAL EXPRESS CORPORATION                Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that a STATUS CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME<br>FEBRUARY 3, 2004 at 3:00 PM |

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Rasheed A. Simmonds, Esq.    Carl Morrison, Esq.    Jean Littrell, Esq.    Marie-Joelle Khouzam, Esq.