```
            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF OHIO
                  WESTERN DIVISION
```

MARY CLEVELAND,                  :
                                 :   NO. 1:00-CV-00375
    Plaintiff,               :
                                 :
                                 :   **ORDER**
  v.                             :
                                 :
                                 :
FEDERAL EXPRESS CORP.,           :
                                 :
    Defendant.               :

       On February 3, 2004, the Court held a status conference in the instant action. Having been returned on remand from the Sixth Circuit Court of Appeals (docs. 35, 36), all that remains for disposition is Plaintiff's claim brought pursuant to the Americans With Disabilities Act, 42 U.S.C. §§ 12101-12211.

       Accordingly, all current deadlines established in the instant case are hereby VACATED. All discovery in the instant case must be completed by September 1, 2004. The Court hereby tentatively SCHEDULES a settlement conference in the instant case for July 14, 2004 at 2:00 p.m. and a final pretrial conference for September 15, 2004 at 2:00 p.m. Jury trial of the instant action, expected to require three days, is hereby SCHEDULED to commence on October 12, 2004, on an on-deck basis. All other

provisions of the Court's previous Preliminary Pretrial Order (doc. 5) remain in effect.

    SO ORDERED.


Date: February 10, 2004       /s/ S. Arthur Spiegel

                                S. Arthur Spiegel
                                United States Senior District Judge