```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

MARY CLEVELAND

       vs.

                                       Case No. 1:00CV0375

FEDERAL EXPRESS CORPORATION

## NOTICE OF JURY VOIR DIRE

     Take notice that the above-entitled case has been set for jury selection on Friday, October 8, 2004 at 9:30 a.m. in Courtroom #708 before Magistrate Judge Timothy S. Black.  Trial will begin on Tuesday, October 12, 2004 at 9:30 a.m. before Judge S. Arthur Spiegel.

                                      **JAMES BONINI**
                                      Clerk, U.S. District Court

September 29, 2004

                                        *Arthur Hill*
                                        Deputy Clerk

cc:  Magistrate Judge Black
     Judge Spiegel
     All Counsel