UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
(AT CINCINNATI)

| | |
|---|---|
| MARY CLEVELAND, | : CASE NO. C-1-00-375 |
| Plaintiff, | : JUDGE SPIEGEL |
| v. | : |
| FEDERAL EXPRESS CORP., | : PLAINTIFF'S MOTION FOR |
| | : EXTENSION OF TIME TO SUBMIT |
| Defendant. | : PLAINTIFF'S TRIAL EXHIBITS |

Pursuant to S.D. Ohio Civ. R. 7.3(a), Plaintiff hereby moves this Court for an extension of time to submit her trial exhibits (currently set for Saturday, October 2, 2004) through and until October 4, 2004. Plaintiff's counsel has consulted with Defendant's counsel regarding this proposed extension, and Defendant's counsel has given Plaintiffs' counsel consent to the extension and will not oppose this motion. An order has been electronically delivered to the Judge for the Court's convenience.

Respectfully submitted,

s/Rasheed A. Simmonds
Rasheed A. Simmonds (0067797)
FURNIER & THOMAS, LLP
One Financial Way, Suite 312
Cincinnati, Ohio 45242
Telephone (513) 745-0400

Trial Attorney for Plaintiff,
Mary Cleveland