UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARY CLEVELAND,                        :

    Plaintiff,

                                 :

    v.
                                     Case No.: 1:00-cv-00375

FEDERAL EXPRESS CORPORATION,           :

    Defendants.                        **<u>NOTICE</u>**


The record of the above-captioned case shows that this matter has been terminated from the docket of Judge Spiegel. The record further indicates that there are currently depositions and exhibits on file for this case, which are no longer needed by the Court. Pursuant to Local Rule 79.2(a), please contact chambers to make arrangements to pick up these items. Any items submitted by parties will be destroyed within 15 days of the date of this notice if arrangements are not made to retrieve them.


                              S. Arthur Spiegel
                              United States Senior District Judge


                        By: <u>s/Kevin Moser</u>
                            Kevin Moser
                            Case Manager
                            (513) 564-7620